UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICHOLAS CHRISTOPHER BOYD,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

Case No. C19-5897-RBL-TLF

ORDER DISMISSING CLAIMS
AND DIRECTING TRANSFER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 5], recommending that the Court dismiss claims against defendant the State of Washington, transfer the action to the United States District Court for the Eastern District of Washington, and defer ruling on plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 4):

(1)   The Magistrate Judge's Report and Recommendation is ADOPTED;

(2)   Plaintiff's claims against the State of Washington are DISMISSED;

(3)   The case is TRANSFERRED to the United States District Court for the Eastern District of Washington and the Clerk is directed to take the steps necessary to transfer this case to the proper district and to remove the case from this Court; and

(4)   The Court defers ruling on plaintiff's IFP application (Dkt. 4) to allow the United States District Court for the Eastern District of Washington to rule on that motion; and

(5) the Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 1st day of November, 2019.

Ronald B. Leighton
United States District Judge

ORDER DISMISSING CLAIMS AND DIRECTING TRANSFER - 2